DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA INSURANCE GUARANTY ASSOCIATION,**
Appellant,

v.

**ITAI KATHEIN** and **LITAL KATHEIN,**
Appellees.

No. 4D2024-2979

[October 9, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary M. Farmer, Jr., Judge; L.T. Case No. CACE 21-002704.

Hinda Klein of Conroy Simberg, Hollywood, for appellant.

Robert C. Hubbard of Vaka Law Group, Tampa, and Andrew P. McDonald of McDonald & Barnhill, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***